**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MATTHEW CROWLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIE INDEMNITY COMPANY and ERIE INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:25-cv-00188-CB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Matthew Crowley, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice his claims against Defendants Erie Indemnity Company and Erie Insurance Company.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F Lynch (PA 56887)
**LYNCH CARPENTER LLP**
1133 Penn Ave 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
gary@lcllp.com

*Counsel for Plaintiff*